| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Shirelle Kimberly Dowe<br>First Name  Middle Name  Last Name | Social Security number or ITIN  xxx–xx–1532<br>EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN  _ _ _ _<br>EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | Eastern District of Virginia | |
| Case number: | 21–33502–KLP | |

# Discharge of Debtor 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Shirelle Kimberly Dowe

<u>April 5, 2022</u>      **For the court:**    <u>William C. Redden</u>
                                               Clerk

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Eastern District of Virginia

| | |
|---|---|
| In re: | Case No. 21-33502-KLP |
| Shirelle Kimberly Dowe | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0422-7 | User: admin | Page 1 of 2 |
| Date Rcvd: Apr 06, 2022 | Form ID: 318 | Total Noticed: 25 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 08, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Shirelle Kimberly Dowe, 2180 Kingsbrook Drive, Henrico, VA 23238-3226 |
| 15782565 | + | Debt Management Partners, 6400 Sheridan Drive, Suite 100, Buffalo, NY 14221-4842 |
| 15782566 | + | IRC Services, LLC, 1 Prospect St, Danbury, CT 06810-6711 |
| 15782571 | + | NMAC, Attn: Bankruptcy, Po Box 660366, Dallas, TX 75266-0366 |
| 15782572 | + | NY Violationss Processing, PO Box 15186, Albany, NY 12212-5186 |
| 15782567 | + | National Collegiate Trust, 1100 N Market St, Wilmington, DE 19890-1100 |
| 15782573 | + | Renter's Warehouse, 11207 Nuckols Rd, Suite F, Glen Allen, VA 23059-5511 |
| 15782574 | + | Scott & Associates, PC, PO Box 62999, Virginia Beach, VA 23466-2999 |
| 15782578 | + | Virginia State University, 1 Hayden St, Petersburg, VA 23806-0001 |
| 15782579 | | Virginia Unemployment, P.O. Box 26441, Richmond, VA 23261-6441 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: NissanBKNotices@nationalbankruptcy.com | Apr 07 2022 00:08:00 | Nissan Motor Acceptance Corporation, 14841 Dallas Parkway, Suite 425, Dallas, TX 75254-8067 |
| 15782558 | + | EDI: CAPITALONE.COM | Apr 07 2022 04:43:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15782559 | + | EDI: CAPITALONE.COM | Apr 07 2022 04:43:00 | Capital One/Walmart, 15000 Capital One Drive, Henrico, VA 23238-1119 |
| 15782560 | + | Email/Text: opsqa_usbankruptcy@cashnetusa.com | Apr 07 2022 00:08:00 | Cashnet USA, 175 W. Jackson Blvd., Ste. 100, Chicago, IL 60604-2615 |
| 15782561 | + | Email/Text: heatherg@checkcity.com | Apr 07 2022 00:08:00 | Check City *, 2729-B W. Broad St, Richmond, VA 23220-1905 |
| 15782562 | + | EDI: WFNNB.COM | Apr 07 2022 04:43:00 | Comenity Bank/Ashley Stewart, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 15782563 | + | EDI: WFNNB.COM | Apr 07 2022 04:43:00 | Comenity Bank/Lane Bryant, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 15782564 | + | Email/Text: bkr@taxva.com | Apr 07 2022 00:08:00 | Commonwealth of Virginia *, Dept of Tax/ Legal Unit, P.O. Box 2156, Richmond, VA 23218-2156 |
| 15782568 | + | EDI: NAVIENTFKASMSERV.COM | Apr 07 2022 04:43:00 | Navient, Attn: Claims Dept, Po Box 9500, Wilkes-Barre, PA 18773-9500 |
| 15782570 | | EDI: NFCU.COM | Apr 07 2022 04:43:00 | Navy Federal Credit Union, 1 Security Place, Merrifield, VA 22116-0000 |
| 15782569 | + | EDI: NFCU.COM | Apr 07 2022 04:43:00 | Navy Federal Credit Union, Attn: Bankruptcy, Po Box 3000, Merrifield, VA 22119-3000 |
| 15782575 | + | EDI: RMSC.COM | Apr 07 2022 04:43:00 | SYNCB/Walmart, PO Box 965015, Orlando, FL 32896-5015 |
| 15782576 | + | EDI: RMSC.COM | | |

| District/off: 0422-7 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Apr 06, 2022 | Form ID: 318 | Total Noticed: 25 |

| | | | Apr 07 2022 04:43:00 | Synchrony Bank/ Old Navy, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
|---|---|---|---|---|
| 15782577 | + | EDI: RMSC.COM | Apr 07 2022 04:43:00 | Synchrony Bank/ Old Navy, Po Box 965005, Orlando, FL 32896-5005 |
| 15782650 | + | Email/Text: USAVAE.Bankruptcynotices@usdoj.gov | Apr 07 2022 00:08:00 | U.S. Attorney's Office, 919 E. Main St., Ste. 1900, Richmond, VA 23219-4625 |

TOTAL: 15

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 08, 2022          Signature:      /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 5, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Alexander C Deegan | on behalf of Creditor Nissan Motor Acceptance Corporation alexander.deegan@bonialpc.com |
| John P. Fitzgerald, III | USTPRegion04.RH.ECF@usdoj.gov |
| Kimberly Alice Chandler | on behalf of Debtor Shirelle Kimberly Dowe kim@chandlerplc.com liz@chandlerplc.com;admin3@chandlerplc.com;r49700@notify.bestcase.com |
| William Anthony Broscious | wbroscious@wabtrustee.com ecf.alert+Broscious@titlexi.com |

TOTAL: 4